IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CALEB DANIEL CLIFTON,
    Plaintiff,

vs.                        CASE NO.: 5:08cv23/RS/MD

CLAYTON JORDAN, et al.,
    Defendants.

## O R D E R

This cause is before the court upon plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis* (doc. 2).

Plaintiff did not file a prisoner consent form. A complete motion to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate, to be completed by an authorized official, with account summary attachments. Plaintiff need not resubmit his account information, however he must submit a properly completed prisoner consent form. The court will not process the complaint until this form is submitted.

Accordingly, it is ORDERED:

1.    The clerk is directed to send plaintiff a prisoner consent form which he shall fill out and file within thirty (30) days.

2.    Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of this court.

DONE AND ORDERED this 24th day of January, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE