IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CALEB D. CLIFTON
        Plaintiff,

vs.                                          5:08cv23/RS/MD

CLAYTON JORDAN, et al.
        Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion for order of nolle prosequi (doc. 5) which the court construes as a motion for voluntary dismissal. Plaintiff indicates that his complaint would be subject to dismissal for failure to state a claim, and he seeks to dismiss this action without prejudice in order to exhaust appropriate state remedies.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to dismiss (doc. 5) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 22nd day of February, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).