IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CALEB DANIEL CLIFTON,

    Plaintiff,

vs.                              CASE NO. 5:08cv23/RS-MD

CLAYTON JORDAN; ROBERT SALE;
and TIMOTHY REGISTER,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 6) and Plaintiff's Motion For Order Of Nolle Prosequi (Doc. 5), which shall be construed as a motion for voluntary dismissal. No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The relief requested by Plaintiff's Motion to Dismiss (Doc. 5) is granted, and this case is dismissed without prejudice.

3. The clerk is directed to close the file.

ORDERED on March 21, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**